IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: REY DAVID SOTO FONTANEZ

Bankruptcy Number: 14-04786-MCF

Chapter 13

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **JUAN R SIERRA QUINONES\***

Total Agreed: **$2,000.00**     Paid Pre-Petition: **$300.00**     Outstanding (Through the Plan): **$1,700.00**

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☒ Under   ☐ Above Median Income     Liquidation Value: $$0.00

Commitment Period is   ☐ 36 months   ☐ 60 months §1325(b)(1)(B)     General Unsecured Pool: $0.00

With respect to the (amended) Plan date: Nov 19, 2014 (Dkt 26)     Plan Base: $11,200.00

The Trustee:   ☐ DOES NOT OBJECT   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 63 %

The Trustee objects to confirmation for the following reasons:

**[1325(a)(8)] DSO Payment Default** – Debtor(s) is in default with postpetition DSO payments.

Debtor is not current with his Domestic Support Obligation payments in ASUME account 024886. Debtor submitted an ASUME certification dated November 14, 2014, showing a higher amount of arrears in such account than the amount included in Claim 3 filed by ASUME. Debtor's attorney filed a claim showing the post-petition DSO arrears in such account.

**\*OTHER COMMENTS / OBJECTIONS**

The amount of compensation that Debtor is to receive from the State Insurance Fund has not been determined. This information is necessary to confirm the liquidation value of this case.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: December 04, 2014

/s/ Alexandra Rodriguez, Esq.

Last Dkt.: 26
Last Claim: 8